UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 10-CV-3148 |
| ESTATE OF HAZEL FERN STEVENSON, deceased, et al., | ) ) ) ) |
| Defendants. | ) ) |

BEFORE U.S. MAGISTRATE JUDGE BYRON G. CUDMORE:

REPORT AND RECOMMENDATION

An Amended Motion to Enter Judgment (d/e 20) was filed January 24, 2011. A review of the record herein reveals that an Amended Complaint was filed on August 20, 2010 (d/e 6) against Estate of Hazel Fern Stevenson, deceased, Linda Hartwig, Mark Stevenson, Dale Estill Stevenson, Kathy Eaton, Dole Stevenson, Unknown Owners, including Unknown Heirs and Legatees of Hazel Fern Stevenson, deceased, and Non-Record Claimants. On August 27, 2010, a Waiver of Service signed on behalf of Defendant Mark Stevenson was filed (d/e 8). On September 29, 2010 through November 4, 2010, Defendants Estate of Hazel Fern Stevenson, deceased, Dale Estill Stevenson, Kathy Eaton, Dole Stevenson, Unknown Owners, including Unknown Heirs and Legatees of

Hazel Fern Stevenson, deceased, and Non-Record Claimants were served by proper publication in The Courier newspaper, Lincoln, Illinois. See Notice of Publication (d/e 13). On January 4, 2011, Linda Hartwig was dismissed as a party-Defendant.

No pleadings have been filed by any Defendant and default was entered against Defendants Estate of Hazel Fern Stevenson, deceased, Mark Stevenson, Dale Estill Stevenson, Kathy Eaton, Dole Stevenson, Unknown Owners, including Unknown Heirs and Legatees of Hazel Fern Stevenson, deceased, and Non-Record Claimants on January 10, 2011 (d/e 16).

The Amended Motion to Enter Judgment (d/e 20) was scheduled for hearing before the undersigned on February 17, 2011, at 2:00 p.m. Notice of Hearing (d/e 21) was filed by Plaintiff on January 24, 2011 (d/e 21). Defendants have not responded to the motion and have not appeared at the hearing.

The Court has reviewed the Amended Motion to Enter Judgment (d/e 20), the supporting affidavits, the file herein, and now RECOMMENDS pursuant to authority conferred under 28 U.S.C. § 636(b)(1)(B) that the Amended Motion to Enter Judgment (d/e 20) be allowed and a Default Judgment of Foreclosure, consistent with "Exhibit C" attached to Plaintiff's Amended Motion (d/e 20), be entered herein.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within fourteen days after being served with a copy of this Report and Recommendation. See 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986). See Local Rule 72.2.

ENTER: February 17, 2011

_____s/ Byron G. Cudmore_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE