**E-FILED**
Wednesday, 09 March, 2011 09:30:00 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-3148 |
| | ) | |
| ESTATE OF HAZEL FERN | ) | |
| STEVENSON (deceased, LINDA | ) | |
| HARTWIG, MARK STEVENSON, | ) | |
| DALE ESTILL STEVENSON, | ) | |
| KATHY EATON, DOLE | ) | |
| STEVENSON and UNKNOWN | ) | |
| OWNERS, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

A Report and Recommendation was entered by U.S. Magistrate Judge Byron G. Cudmore in the above cause on February 17, 2011. See d/e 23. More than fourteen (14) days have passed since entry of the Report and Recommendation and there have been no objections. See 28 U.S.C. § 636(b)(1). Thus, the Court accepts the Report and Recommendation. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (d/e 23) is ACCEPTED by this

Court;

(2) The Amended Motion to Enter Judgment (d/e 20) is ALLOWED;

(3) The Default Judgment of Foreclosure proposed in "Exhibit C" of Plaintiff's Amended Motion to Enter Judgment is ENTERED.

This case is TERMINATED.

ENTERED this 9th day of March, 2011

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE